PROB 12C
(6/16)

Report Date: January 28, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Randal Lee Osburn                Case Number: 0980 2:13CR02131-WFN-1

Address of Offender:                               Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 5, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Robbery of Mail, Money, or Property of the United States, 18 U.S.C. § 2114(a) | | |
| Original Sentence: | Prison - 84 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | October 2, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | October 1, 2022 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On January 27, 2020, Mr. Osburn was in direct violation of special condition #18 by failing to abstain from marijuana.

On October 3, 2019, Mr. Osburn was given a copy of his judgment and his conditions of supervision were explained to him. He signed his conditions reflecting he understood them.

On January 27, 2020, the undersigned officer directed Mr. Osburn to report to the U.S. Probation Office. He supplied a urine sample that tested positive for marijuana. He admitted to using marijuana on January 27, 2020, and signed a drug use admission form.

2 | **Special Condition # 22**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

Prob12C
Re: Osburn, Randal Lee
January 28, 2020
Page 2

**Supporting Evidence**: On January 27, 2020, Mr. Osburn was in direct violation of special condition 22 by being terminated from RRC.

On January 7, 2020, Mr. Osburn signed a modification to incorporate an RRC condition into his already existing conditions. On January 7, 2020, Your Honor signed the modification allow Mr. Osburn to reside at the RRC. On January 10, 2020, Mr. Osburn was informed that he needed to report to the RRC by January 15, 2020, and he must follow all the rules and regulations of the facility.

On January 27, 2020, the undersigned officer received information from the director of the residential reentry center (RRC) stating that the offender recently tested positive for marijuana. This is a violation of their rules and regulations. On January 27, 2020, Mr. Osburn was unsuccessfully discharged from their facility.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/28/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/28/2020
Date