PROB 12C
(6/16)

Report Date: March 25, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Randal Lee Osburn                Case Number: 0980 2:13CR02131-WFN-1

Address of Offender:                    Washington 99224

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 5, 2014

Original Offense:     Robbery of Mail, Money, or Property of the United States, 18 U.S.C. § 2114(a)

Original Sentence:    Prison - 84 months             Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  James A Goeke                  Date Supervision Commenced: October 2, 2019

Defense Attorney:     Houston Goddard                Date Supervision Expires: October 1, 2022

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/28/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #23**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able. |
| | **Supporting Evidence**: On March 23, 2020, Mr. Osburn was in direct violation of special condition number 23 by failing to follow the rules and regulations of the inpatient treatment program. |
| | On February 18, 2020, Mr. Osburn agreed to a modification of his conditions to include the above referenced inpatient treatment condition. |
| | On March 23, 2020, the undersigned officer received information from staff at Pioneer Center East (PCE) that Mr. Osburn had willfully absconded from treatment. Later on March 23, 2020, the undersigned officer spoke with Mr. Osburn and he confirmed that he "could not take it there any longer." |

Prob12C
Re: Osburn, Randal Lee
March 25, 2020
Page 2

On March 24, 2020, the undersigned officer spoke with the program manager at PCE. She confirmed that Mr. Osburn had willfully left his inpatient program before completion.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/25/2020

s/ Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

3/26/2020

Date