PROB 12C
(6/16)

Report Date: June 23, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Randal Lee Osburn | Case Number: 0980 2:13CR02131-WFN-1 |
| Address of Offender: | Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 5, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Robbery of Mail, Money, or Property of the United States, 18 U.S.C. § 2114(a) | | |
| Original Sentence: | Prison - 84 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: October 2, 2019 | |
| Defense Attorney: | Houston Goddard | Date Supervision Expires: October 1, 2022 | |

### PETITIONING THE COURT

To issue a summons and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/28/2020 and 03/25/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On June 23, 2020, Mr. Osburn was in direct violation of special condition number 18 by disclosing he had been using marijuana from March 27 to June 20, 2020.<br><br>On October 3, 2019, Mr. Osburn was given a copy of his judgment and his conditions of supervision were explained to him.  He signed his conditions reflecting he understood them.<br><br>On June 23, 2020, Mr. Osburn disclosed he began using marijuana 4 days after he left Pioneer Center East (PCE) inpatient treatment. He reported using marijuana almost daily up until June 20, 2020. |
| 5 | **Special Condition #19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

Prob12C
**Re: Osburn, Randal Lee**
**June 23, 2020**
**Page 2**

<u>**Supporting Evidence**</u>: On June 23, 2020, Mr. Osburn was in direct violation of special condition number 19 by disclosing he had consumed alcohol.

On October 3, 2019, Mr. Osburn was given a copy of his judgment and his conditions of supervision were explained to him. He signed his conditions reflecting he understood them.

On June 23, 2020, the undersigned officer spoke to Mr. Osburn and we discussed an issue where he had consumed vodka. Mr. Osburn did not deny the consumption of alcohol. He stated he drank a little bit here and there. He understood that it was a violation of his conditions.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/23/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

6/24/2020
Date