PROB 12C
(6/16)

Report Date: August 18, 2020

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Randal Lee Osburn | Case Number: 0980 2:13CR02131-WFN-1 |
| Address of Offender: | Washington 99202 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 5, 2014

Original Offense: Robbery of Mail, Money, or Property of the United States, 18 U.S.C. § 2114(a)

Original Sentence: Prison - 84 months    Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney: James Goeke    Date Supervision Commenced: October 2, 2019

Defense Attorney: Houston Goddard    Date Supervision Expires: October 1, 2022

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/28/2020, 03/25/2020 and 06/23/2020.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Osburn is alleged to have violated special condition 18 by testing positive for marijuana on August 7, 2020. |
| | On October 3, 2019, Mr. Osburn was given a copy of his judgment and his conditions of supervision were explained to him. He signed his conditions reflecting he understood them. |
| | On August 10, 2020, Mr. Osburn disclosed he had used marijuana on August 6, 2020. He signed a drug use admission form stating he used marijuana on August 6, 2020. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
**Re: Osburn, Randal Lee**
**August 18, 2020**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/18/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

08/18/2020
Date