PROB 12C
(6/16)

Report Date: September 29, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Randal Lee Osburn | Case Number: 0980 2:13CR02131-WFN-1 |
| Address of Offender: | Washington 99001 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 5, 2014

| | |
|---|---|
| Original Offense: | Robbery of Mail, Money, or Property of the United States, 18 U.S.C. § 2114(a) |
| Original Sentence: | Prison - 84 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke |
| | Date Supervision Commenced: October 2, 2019 |
| Defense Attorney: | J Houston Goddard |
| | Date Supervision Expires: October 1, 2022 |

### PETITIONING THE COURT

To **issue a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/28/2020, 03/25/2020, 06/23/2020, 08/18/2020, and 09/24/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

8        **Special Condition #23**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.

**Supporting Evidence**: On September 29, 2020, Mr. Osburn was allegedly in violation of special condition number 23 by failing to participate in inpatient treatment at Pioneer Center East (PCE).

On February 18, 2020, Mr. Osburn agreed to a modification of his supervision conditions to include the above-referenced inpatient treatment condition.

On September 29, 2020, the undersigned officer spoke to PCE staff to confirm that Mr. Osburn reported to their facility. Staff indicated Mr. Osburn did report on September 28, 2020, however, left the facility the following day. In addition, staff relayed that Mr. Osburn was under the impression he would still serve time in custody even if he successfully completed inpatient treatment.

Prob12C
**Re: Osburn, Randal Lee**
**September 29, 2020**
**Page 2**

Mr. Osburn has chosen not to complete inpatient treatment and stated he was leaving the facility even after staff tried to talk him into staying. Staff reported he stated he would rather spend time with his "girl" than stay there. He subsequently aborted inpatient treatment and the undersigned officer is unaware of Mr. Osburn's whereabouts.

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/29/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

9/29/2020
Date