PROB 12C
(6/16)

Report Date: January 28, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Randal Lee Osburn     Case Number: 0980 2:13CR02131-WFN-1

Address of Offender:     Washington 99001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 5, 2014

| | |
|---|---|
| Original Offense: | Robbery of Mail, Money, or Property of the United States, 18 U.S.C. § 2114(a) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 84 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: | October 2, 2019 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: | October 1, 2022 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/28/2020, 03/25/2020, 06/23/2020, 08/18/2020, 09/24/2020, and 09/29/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #18**: You shall abstain from the use of illegal controlled substances, including marijuana, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On January 27, 2021, Mr. Osburn was allegedly in violation of special condition number 18 by disclosing he used marijuana on or about January 25, 2021.<br><br>On October 3, 2019, Mr. Osburn was given a copy of his judgment and his conditions of supervision were explained to him. He signed his conditions reflecting he understood them.<br><br>On January 25, 2021, Mr. Osburn was directed to report for a urinalysis test after his supervised release revocation hearing.  Mr. Osburn failed to report for this scheduled urinalysis. On January 26, 2021, the undersigned officer again directed Mr. Osburn to report for a urinalysis testing. He reported as directed and supplied a urine sample that tested presumptive positive for marijuana. He denied the use and signed a denial form stating he did not use marijuana. |

Prob12C
**Re: Osburn, Randal Lee**
**January 28, 2021**
**Page 2**

On January 27, 2021, the undersigned officer was informed of the presumptive positive test. Mr. Osburn was called and he initially denied using marijuana, but instead reported using an oil that may have contained marijuana. The undersigned informed him he needed to be honest, and he disclosed using marijuana after his supervised release Court hearing.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/28/2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

1/28/2021
Date