PROB 12C
(6/16)

Report Date: February 26, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Randal Lee Osburn          Case Number: 0980 2:13CR02131-WFN-1

Address of Offender:                         Washington 99001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 5, 2014

Original Offense:     Robbery of Mail, Money, or Property of the United States, 18 U.S.C. § 2114(a)

Original Sentence:    Prison - 84 months          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  James Goeke               Date Supervision Commenced: October 2, 2019

Defense Attorney:     J. Houston Goddard        Date Supervision Expires: October 1, 2022

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violations previously reported to the Court on 1/28/2020; 3/25/2020; 6/23/2020; 8/18/2020; 9/24/2020; 9/29/2020 and 1/28/2021.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

10 | **Special Condition # 18**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Osburn is in violation of special condition number 18 by testing presumptive positive for marijuana on February 26, 2021.

On October 3, 2019, Mr. Osburn was given a copy of his judgment and his conditions of supervision were explained to him. He signed his conditions reflecting he understood them.

On February 25, 2021, the undersigned officer was informed Mr. Osburn had failed to appear for his random urinalysis on February 24, 2021. It should be noted, there had been an issue with the correct color being called by Pioneer Human Services (PHS). However, PHS did reach out to Mr. Osburn and left him a message to inform him of the mistake.

On February 25, 2021, Mr. Osburn reported to PHS to supply a urine sample. The sample he supplied tested presumptive positive for marijuana. He signed a drug use admission form stating he used marijuana on February 24, 2021.

Prob12C
**Re: Osburn, Randal Lee**
**February 26, 2021**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/26/2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

2/26/2021
Date