PROB 12C
(6/16)

Report Date: March 18, 2021

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Randal Lee Osburn | Case Number: 0980 2:13CR02131-WFN-1 |
| Address of Offender: | Washington 99001 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 5, 2014

| | |
|---|---|
| Original Offense: | Robbery of Mail, Money, or Property of the United States, 18 U.S.C. § 2114(a) |
| Original Sentence: | Prison - 84 months  TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke |
| | Date Supervision Commenced: October 2, 2019 |
| Defense Attorney: | J. Houston Goddard |
| | Date Supervision Expires: October 1, 2022 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 01/28/2020; 03/25/2020; 06/23/2020; 08/18/2020; 09/24/2020; 09/29/2020;01/28/2021; and 2/21/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition # 18**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Osburn is in violation of special condition number 18 by testing presumptive positive for marijuana on March 16, 2021. |
| | On October 3, 2019, Mr. Osburn was given a copy of his judgment and his conditions of supervision were explained to him. He signed his conditions reflecting he understood them. |
| | On March 16, 2021, Mr. Osburn supplied a random urine sample at Pioneer Human Services (PHS) that tested presumptive positive for marijuana. On March 17, 2021, the undersigned called Mr. Osburn and he reported "messing up." He disclosed using marijuana on March 16, 2021. The sample has been sent to Alere Toxicology Laboratories for further analysis. |

Prob12C
**Re: Osburn, Randal Lee**
**March 18, 2021**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/18/2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

3/18/2021
Date