PROB 12C
(6/16)

Report Date: March 25, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Randal Lee Osburn | Case Number: 0980 2:13CR02131-WFN-1 |
| Address of Offender: | Washington 99001 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 5, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Robbery of Mail, Money, or Property of the United States, 18 U.S.C. § 2114(a) | | |
| Original Sentence: | Prison - 84 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: | October 2, 2019 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: | October 1, 2022 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/28/2020; 03/25/2020; 06/23/2020; 08/18/2020; 09/24/2020; 09/29/2020; 01/28/2021; 02/21/2021; and 03/18/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Additional Special Condition**: You shall reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.<br><br>**Supporting Evidence**: It is alleged that Mr. Osburn is in violation of the RRC special condition imposed by Your Honor on March 3, 2021, by failing to follow the rules and requirements of the RRC. This subsequently led to his early termination from the facility.<br><br>On March 3, 2021, Your Honor ordered Mr. Osburn to reside at an RRC for up to 180 days. He was verbally informed of this condition while in Court.<br><br>On March 20, 2021, Mr. Osburn was terminated from the RRC because he failed to follow orders given by RRC staff. Mr. Osburn had a medical note outlining his request to sleep on a bottom bunk due to having rib issues. This request was denied by the director of the RRC. He refused to sleep on the top bunk and told staff they can kick him out because he was not going to follow that directive. Staff then informed Mr. Osburn that his bed was being terminated. |

Prob12C
Re: Osburn, Randal Lee
March 25, 2021
Page 2

| | | |
|---|---|---|
| 13 | | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: It is alleged that Mr. Osburn is in violation of special condition number 17 by being unsuccessfully terminated from Pioneer Human Services (PHS) on March 24, 2021.

On October 3, 2019, Mr. Osburn was given a copy of his judgment and his conditions of supervision were explained to him. He signed his conditions reflecting he understood them.

On March 24, 2021, a chemical dependency counselor at PHS informed the undersigned officer that Mr. Osburn would be unsuccessfully terminated from treatment. She reported that Mr. Osburn has not progressed much in over a year and has been on a behavioral contract with them since February 2020.

In addition, he has continued to use illegal drugs even after completing inpatient treatment. She reported his last confirmed use on March 16, 2021, showed his unwillingness to deal with his addiction. It should be noted, Mr. Osburn has a pending presumptive positive urinalysis from March 23, 2021. That test has been sent to Alere Toxicology Laboratories for further analysis. Mr. Osburn has denied new use and stated it is residual from March 16, 2021.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/25/2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

Prob12C
**Re: Osburn, Randal Lee**
**March 25, 2021**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

3/25/2021
Date