PROB 12C
(6/16)

Report Date: April 23, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Randal Lee Osburn | Case Number: 0980 2:13CR02131-WFN-1 |
| Address of Offender: ████████████████████████, Washington 99001 | |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: May 5, 2014 | |
| Original Offense: Robbery of Mail, Money, or Property of the United States, 18 U.S.C. § 2114(a) | |
| Original Sentence: Prison - 84 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: James Goeke | Date Supervision Commenced: October 2, 2019 |
| Defense Attorney: J. Houston Goddard | Date Supervision Expires: October 1, 2022 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/28/2020; 03/25/2020; 06/23/2020; 08/18/2020; 09/24/2020; 09/29/2020; 01/28/2021; 02/21/2021; 03/18/2021; and 03/25/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 14 | **Special Condition #18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis and sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Mr. Osburn is in violation of special condition number 18 by testing presumptive positive for marijuana on April 15 and 21, 2021.<br><br>On October 3, 2019, Mr. Osburn was given a copy of his judgment and his conditions of supervision were explained to him. He signed his conditions reflecting he understood them.<br><br>On April 15, 2021, Mr. Osburn reported to Pioneer Human Services (PHS) and supplied a urine sample that tested presumptive positive for marijuana. He signed a drug use admission form stating his last use was on February 17, 2021.<br><br>On April 21, 2020, the undersigned officer questioned the validity that Mr. Osburn's last use was on February 17, 2021. He was reminded he tested negative for marijuana on April 9, 2021, and had now tested positive on April 15, 2021. Mr. Osburn disclosed he put down an incorrect date and his actual last use was on April 14, 2021. |

Prob12C
Re: Osburn, Randal Lee
April 23, 2021
Page 2

On April 22, 2021, Mr. Osburn again tested presumptive positive for marijuana. The urine sample has been sent to Alere Toxicology Labs for further analysis. Mr. Osburn denies any new use since April 14, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  04/23/2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

April 26, 2021

Date